**McGuireWoods LLP**
Sumithra Rao (SBN 256078)
Email: srao@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendants
DG STRATEGIC VII, LLC,
DOLLAR GENERAL CORPORATION and
OMAR ELLIOTT

**Shirian Law, P.C.**
Joshua Shirian (SBN 341909)
Email: josh@shirianlaw.com
Leeor Vaknin (SBN 366904)
Email: leeor@shirianlaw.com
10850 Wilshire Blvd., Suite 1260
Los Angeles, California 90024
Telephone: 310.907.5000
Facsimile: 310.988.5000

Attorneys for Plaintiff
ANGELICA PENA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ANGELICA PENA, an individual,

Plaintiff,

vs.

DG STRATEGIC VII, LLC, a Tennessee limited liability company; DOLLAR GENERAL CORPORATION, a Tennessee corporation; OMAR ELLIOTT, an individual; and DOES 1 through 100, Inclusive,

Defendants.

CASE NO. 1:26-CV-04475-KES-CDB

[Kern County Superior Court Case No. 26CUB01494]

**JOINT STIPULATION TO CONTINUE DEADLINE FOR DG STRATEGIC VII, LLC AND DOLLAR GENERAL CORPORATION TO RESPOND TO WRITTEN DISCOVERY; ~~[PROPOSED]~~ ORDER**

Complaint Filed: 4/20/26
Complaint Removed: 6/10/2026

PLEASE TAKE NOTICE that Plaintiff Angelica Pena ("Pena"), on one hand, and Defendants DG Strategic VII, LLC and Dollar General Corporation ("Defendants") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS** On October 9, 2026, Pena served on Defendant DG Strategic VII, LLC and Dollar General Corporation Pena's Interrogatories, Set One, and Request for Production of Documents, Set One (the "Discovery Requests");

**WHEREAS** Defendants' responses to the Discovery Requests are currently due on November 9, 2026;

**WHEREAS** the stipulating parties have met and conferred and agree that both Defendants shall have an extension of two (2) weeks, up to and including November 23, 2026, to serve Defendants' respective responses to the Discovery Requests;

**WHEREAS** the stipulating parties have not previously entered into a formal stipulation extending Defendants' deadlines to respond to the Discovery Requests;

**WHEREAS** this stipulation does not modify, extend, or otherwise affect any other date or deadline in this action, including the discovery cutoff or any date set by the Court's Scheduling Order; and

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by undersigned counsel for Plaintiff Angelica Pena and Defendants DG Strategic VII, LLC and Dollar General Corporation that Defendants' responses to the Discovery Requests shall be served on or before November 23, 2026.

**SIGNATURES ON FOLLOWING PAGE.**

DATED: November 6, 2026

**SHIRIAN LAW, P.C.**

By: /s/ *Leeor Vaknin*
Joshua Shirian
Leeor Vaknin

Attorneys for Plaintiff
ANGELICA PENA

DATED: November 6, 2026

**MCGUIREWOODS LLP**

By: /s/ *Sumithra Rao*
Sumithra Rao, Esq.

Attorneys for Defendants
DG STRATEGIC VII, LLC and
DOLLAR GENERAL CORPORATION

**IT IS HEREBY ORDERED.**

Date: November 9, 2026

Hon. Christopher D. Baker
U.S. MAGISTRATE JUDGE